BENJAMIN B. WAGNER
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Applicant
UNITED STATES OF AMERICA

**SEALED**

FILED
APR -2 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>2931 HENRY LANE, BAKERSFIELD, CALIFORNIA | No. 1:15 SW 00083 SAB<br><br>[PROPOSED] SEALING ORDER<br><br>**(UNDER SEAL)** |

For good cause shown, IT IS HEREBY ORDERED THAT:

The search warrant and supporting affidavit in the above-captioned case, together with this ex parte application, the memorandum of points and authorities, the declaration of Angela L. Scott, and this court's sealing order, be kept under seal until further order of the court. The executing agents or officers are permitted to provide a copy of the search warrant as required by Federal Rule of Criminal Procedure 41(f).

4/2/2015
DATED

STANLEY A. BOONE
UNITED STATES MAGISTRATE JUDGE