BENJAMIN B. WAGNER
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>2931 HENRY LANE, BAKERSFIELD, CA<br>6505 JOE ED WAY, BAKERSFIELD, CA | 1:15-sw-00083-SAB<br>1:15-sw-00084-SAB<br><br>REQUEST TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

### REQUEST TO UNSEAL

The search warrants in the above-captioned matters were executed on 4/7/2015. Follow up investigation related to these properties resulted in a grand jury indictment on 7/9/2015. As a result, there is no need for the search warrants or search warrant affidavits to remain under seal. Accordingly, the United States asks that the Court order that the search warrants, search warrant affidavits, and related case filings be unsealed.

Dated: July 23, 2015                                BENJAMIN B. WAGNER
                                                                    United States Attorney

                                                        By:  /s/ ANGELA L. SCOTT
                                                                    ANGELA L. SCOTT
                                                                    Assistant United States Attorney

REQUEST TO UNSEAL SEARCH WARRANTS

BENJAMIN B. WAGNER
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>2931 HENRY LANE, BAKERSFIELD, CA<br>6505 JOE ED WAY, BAKERSFIELD, CA | 1:15-sw-00083-SAB<br>1:15-sw-00084-SAB<br><br>[~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

IT IS SO ORDERED.

Dated: __July 24, 2015__         __/s/ Jennifer L. Thurston__
                                 UNITED STATES MAGISTRATE JUDGE

[~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANTS